**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| **Plaintiff,** | |
| **v.** | **CRIM. NO. 15-604  (PAD)** |
| **MILY BASTARDO-SEVERINO** | |
| **Defendant**. | |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Mily Bastardo-Severino (Docket No. 23), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to count one of the Information.

The court notes that a Presentence Investigation Report was ordered. The Sentencing Hearing set for January 25, 2016 at 9:30 a.m. (Docket No. 16) is RESET for January 13, 2016 at 9:30 a.m.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of December, 2015.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge